**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

JAMES EDWARD WILLIAMS, III,

      Petitioner,

    v.

WARDEN, FCI JESUP,

      Respondent.

CIVIL ACTION NO.: 5:26-cv-247

**O R D E R**

Petitioner James Williams ("Williams") has filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus.  Doc. 1.  Williams is currently detained at the Federal Correctional Institution in Jesup, Georgia, yet the Petition was filed in the Waycross Division of this Court.  Thus, the Court **DIRECTS** the Clerk of Court to **TRANSFER** the instant cause of action to the Brunswick Division of this Court for plenary disposition.  The filings in the new case should bear the same dates as those contained in the above-captioned case.

**SO ORDERED**, this 25th day of February, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA